UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

DAN MEDINA,
        Plaintiff

V.

                                                          CA 05-30119-MAP

JOSEPH L. TAURO, ET AL,
        Defendants

ORDER

May 24, 2005

PONSOR, D.J.

    The above captioned case was removed from the Hampden County Housing Court on May 23, 2005. The sole plaintiff is incarcerated at MCI Walpole in the Eastern Division of the United States District Court.

    It is hereby ordered that this case be transferred to the United States District Court in Boston for reassignment by the Clerk pursuant to Local Rule 40.1(1)(b).

    It is so ordered.

/s/ Michael A. Ponsor
United States District Judge