United State District Court
of Massachusetts
1 Court House Way St
Boston MA. 02210

DAN MEDINA V.S TAVRO, 05-30119-RGS
plaintiffs       GONZALEZ, 05-30121-MLW
                 WOLF, 05-30118-EFH
                 MUELLER, 05-30120-?

Opposition of motion to Dismiss, And Request for Habea Corpus testimonin Court under the Rule 7.1, United States Constitution.

1) Cround, Defeadants Attorney should be Removal, she is Goodwin, she lack of jurisdiction, she Reside on Splingfield MA, my case is on Boston, District Court

2) I'm entitled to Comfront all my Defendants in Court and Present all my evidence, and Exposed their link with the miscarnie of justice in the system and the Gouveamnant, And the denied a Habea Corpus a Healing in Court violated my constitutional Rights of access to Court, I pray for this Honorable Court granted me a Date in Court. Thank you

Date 6/12/05

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

DAN MEDINA,                              )
                                         )
            Plaintiff,                   )
                                         )
    v.                                   )    No.  05-30121-MLW
                                         )
ALBERTO R. GONZALES, et al.              )
                                         )
            Defendants.                  )

MOTION TO CONSOLIDATE AND/OR ASSIGN TO THE SAME JUDGE

The defendant, the Alberto R. Gonzales, by his attorney, Michael J. Sullivan, United States Attorney for the District of Massachusetts, moves to consolidate this action with three related cases and/or to assign the four cases to a single judge. As grounds for this motion, the defendant states as follows:

1. The plaintiff filed four separate lawsuits in state court against the following defendants: the Honorable Joseph L. Tauro; the Honorable Mark L. Wolf; United States Attorney General Alberto Gonzales; and Federal Bureau of Investigation Director Robert S. Mueller, III.

2. On May 23, 2005, the defendants removed the actions to the United States District Court for the District of Massachusetts, Western Section, because the lawsuits had been filed in Springfield. The clerk transferred the cases to Boston. The four cases are United States v. Tauro, 05-30119-RGS; United States v. Gonzales, 05-30121-MLW; United States v. Wolf, 05-30118; and United States v. Mueller, 05-30120.

3. In the four cases, the plaintiff alleges unspecified

[handwritten margin note: Request. to be Removal to Massachusetts Clerk]

June, 19, 2005

Jill Pearson
Executive Director
Commission on Judicial
Conduct
14 Beacon Street Suite 102
Boston MA. 02108

Dan Medina
W-57509
Box 100, S. Walpole
MA 02071

(Can you please name special investigated in my case I would like to know if Judge Rouse and Ex-F.B. John Connolly Jr. work together in me case.

RE: Special Investigation of a very possibilities of a Judge. Corruption, unlawful sentencing Racist bias

Dear Jill Pearson

I would like to asked you please take this case. And investigated yourself, Its very important. I believe the Judge Rouse she was engaged in corruption, with John Connolly Jr. Ex-FBI who now is in prison for obstruction of justice, my legal paper show his name and another agents name, Frank Dali's the, Ex-prosecuted Ressini After my case at Norfolk the Counsel was lay off after my case. Judge Rouse moved the case for sentencing to Essex count Norfolk don't allow her sentencing there, the detective she was under investigation for misconduct by Internal Affairs for using drugs in the case, my case is been obstruct of Justice they been denied me a lawyer for my defense, I'm very interesting for you to name special investigated in this case, the Judicial commission conduct office, need a good case, where the media, good publicity like a Judge brough down by commission of Judicial conduct on corruption charges. I would help you with all my legal documentation. Thank you

Can you please send me 3 blanks forms, thank you