Commonwealth of Massachusetts

United State District
Court of Massachusetts
1 Court House way St.
Boston MA 02210

Dan Medina Vs.

TAURO. 05-30119-RGS
GONZALEZ-05-30121-MLK
WOLF- 05-30118
MUELLER-05-30120

Appeal.

Ground, 1) My constitutional rights was violated by dismissed of this case without a hearing under the Rule 7.1 United States,

2) Rights to a hearing to exposed and present all my evidences against each defendants, who acted under state and federal color of the law, discliminatory.

3) Denied me access to court and they obstruct of justice.

4) I request this court to reverse the judment and granted me a July trial and hearing. Thanks you

Date 7/1/05