# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

USCA Docket Number:

USDC Docket Number : 05-cv-30119

Dan Medina

v.

Joseph L. Tauro, et al

## CLERK'S CERTIFICATE

I, Sarah A. Thornton, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed documents as indicated on the certified copy of the docket and contained in Volume(s) I are the original pleadings and constitute the record on appeal in the above entitled case for the Notice of Appeal filed on 7/6/05.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on July 18, 2005.

Sarah A Thornton, Clerk of Court

By /s/ Jeanette Ramos
Jeanette Ramos, Deputy Clerk

Receipt of the documents in the above entitled case is hereby acknowledged this date: 7/18/05.

/s/ Burchard
Deputy Clerk, US Court of Appeals

Please complete the following information:

COURT OF APPEALS DOCKET NUMBER ASSIGNED: _____

APPEAL

# United States District Court
## District of Massachusetts (Boston)
### CIVIL DOCKET FOR CASE #: 1:05-cv-30119-RGS

| | |
|---|---|
| Medina v. Tauro et al | Date Filed: 05/23/2005 |
| Assigned to: Judge Richard G. Stearns | Jury Demand: None |
| Cause: 28:1442 Notice of Removal | Nature of Suit: 440 Civil Rights: Other |
| | Jurisdiction: U.S. Government Defendant |

**Plaintiff**

**Dan Medina**         represented by **Dan Medina**
P.O. Box 100
South Walpole, MA 02071
*PRO SE*

V.

**Defendant**

**Honorable Joseph L. Tauro**    represented by **Karen L. Goodwin**
*United States District Court Judge*
United States Attorney's Office
1550 Main Street
Springfield, MA 01103
413-785-0269
Fax: 413-785-0394
Email: karen.goodwin@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

| | | |
|---|---|---|
| **Laura S. Gentile** | represented by | **Christopher O. Quaye**<br>Administrative Office of the<br>Trial Court<br>Two Center Plaza<br>Room 540<br>Boston, MA 02108-1698<br>617-878-0-2200 ext. 2617<br>Fax: 617-727-5785<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE*<br>*NOTICED* |

| Date Filed | # | Docket Text |
|---|---|---|
| 05/23/2005 | 1 | NOTICE OF REMOVAL by Joseph L. Tauro from Hampden County Housing Court filed. Case number 05 SC 0132. Filing fee of $250.00 waived - (United States filing the notice of removal). Magistrate Judge Consent Form and cert. copy to Counsel.(Finn, Mary) (Entered: 05/24/2005) |
| 05/24/2005 | 2 | Not all parties consented to assignment of case to Magistrate Judge Neiman. Case to be reassigned to Judge Michael A. Ponsor. (Document not scanned and placed in the vault). (Finn, Mary) (Entered: 05/24/2005) |
| 05/24/2005 | 3 | Case Reassigned to Judge Michael A Ponsor. Judge Kenneth P. Neiman no longer assigned to the case. Counsel are directed to the Court's Standing Orders re: Electronic Case Filing; cc/Pltf. (Finn, Mary) (Entered: 05/24/2005) |
| 05/24/2005 | 4 | Judge Michael A Ponsor : ORDER entered transferring the case to the U.S. District Court im Boston for reassignment by the Clerk pursuant to L.R. 40.1(1)(b); cc/cl. and Pltf. (Finn, Mary) (Entered: 05/24/2005) |

| 05/24/2005 | ● | Case transferred to the U.S. District Court, Clerk's Office, Intake Session, 1 Courthouse Way, Ste. 2300, Boston MA 02210 for reassigment. Original file and docket sheet sent. (Finn, Mary) (Entered: 05/24/2005) |
|---|---|---|
| 06/03/2005 | ● | If the trial Judge issues an Order of Reference of any matter in this case to a Magistrate Judge, the matter will be transmitted to Magistrate Judge Bowler. (Gawlik, Cathy) (Entered: 06/03/2005) |
| 06/03/2005 | ● | Case transferred in from Springfield Division. Case Number 05-30019. Case assigned to Judge Richard G. Stearns. (Flaherty, Elaine) (Entered: 06/03/2005) |
| 06/03/2005 | ● | DOCKET SHEET sent to petitioner. (Flaherty, Elaine) (Entered: 06/03/2005) |
| 06/06/2005 | 5 | MOTION to Consolidate Cases by Joseph L. Tauro. (Goodwin, Karen) (Entered: 06/06/2005) |
| 06/10/2005 | 6 | MOTION to Dismiss by Joseph L. Tauro.(Goodwin, Karen) (Entered: 06/10/2005) |
| 06/10/2005 | 7 | MEMORANDUM in Support re 6 MOTION to Dismiss filed by Joseph L. Tauro. (Goodwin, Karen) (Entered: 06/10/2005) |
| 06/14/2005 | 8 | MOTION to Dismiss by Laura S. Gentile. (Attachments: # (1))(Flaherty, Elaine) Additional attachment(s) added on 6/23/2005 (Flaherty, Elaine). (Entered: 06/15/2005) |
| 06/14/2005 | 10 | MEMORANDUM in Support re 8 MOTION to Dismiss filed by Laura S. Gentile. (Flaherty, Elaine) (Entered: 06/23/2005) |
| 06/20/2005 | 9 | Opposition re 6 MOTION to Dismiss, 8 MOTION to Dismiss filed by Dan Medina. (Flaherty, Elaine) (Entered: 06/21/2005) |
| 06/23/2005 | 11 | Judge Richard G. Stearns : ORDER entered granting 6 Motion to Dismiss, granting 8 Motion to Dismiss, |

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DAN MEDINA, | ) |
| Plaintiff, | ) ) ) ) |
| v. | ) No. 05-30119-RGS ) |
| JOSEPH L. TAURO, et al. | ) ) |
| Defendants. | ) |

<u>MOTION TO CONSOLIDATE AND/OR ASSIGN TO THE SAME JUDGE</u>

The defendant, the Honorable Joseph L. Tauro, by his attorney, Michael J. Sullivan, United States Attorney for the District of Massachusetts, moves to consolidate this action with three related cases and/or to assign the four cases to a single judge. As grounds for this motion, the defendant states as follows:

1. The plaintiff filed four separate lawsuits in state court against the following defendants: the Honorable Joseph L. Tauro; the Honorable Mark L. Wolf; United States Attorney General Alberto Gonzales; and Federal Bureau of Investigation Director Robert S. Mueller, III.

2. On May 23, 2005, the defendants removed the actions to the United States District Court for the District of Massachusetts, Western Section, because the lawsuits had been filed in Springfield. The clerk transferred the cases to Boston. The four cases are United States v. Tauro, 05-30119-RGS; United States v. Gonzales, 05-30121-MLW; United States v. Wolf, 05-30118; and United States v. Mueller, 05-30120.