UNITED STATES Court of Appeals
FOR The First Circuit

Date August 28, 2005
No. 05-2096
DC no: 05-30119

DAN MEDINA
plaintiff, Appellant
v.

Honorable Joseph L. Tauro, U.S. District Court Judge
Laura S Gentile
Defendants, Appellees

Motion to Proceed my Appeals, to waiver All cost and All fees, and Request for A Hearing on My Indigency And Restrained order against Margaret Carter (clerk)

Ground

1) Defendants, and That State officials Margaret Carter, Violated the Federal law In carrying out her responsibilities In which state employees are engaged on Threat, or Intimidation

2) The Federal law, prohibiting Such conduct "which lessen the Dignity and Authority of the Court" Her comments opposing Appellees, Violated Professional and Ethical codes of conduct.

3) I would like to request this Honorable Judge to Direct Margaret Carter to not to Interfering in my appeals and Stop the obstruction of Justice and the Threat or intimidation To leave the Appellant alone.

4) I'm already proved I'm Indigent And the state paid for All my filling fees and all my Cost, If you wanted Issue A Hearing for my Indigency, In this Court,

5) Under the rule procedure 33.1 is un constitutional The State Employees Interfering with the Court proceed,

6) I request this Court to granted me this motion To prevent Employees or Court Clerk From Retaliated Against plaintiff for his litigiousness. Thank you

C.C. Joseph L. Tauro Judge

Do—

# The Commonwealth of Massachusetts
## Executive Office of Public Safety
## Criminal History Systems Board

200 Arlington Street, Suite 2200
Chelsea, Massachusetts
02150

**Mitt Romney**
Governor

**Kerry Healey**
Lieutenant Governor

**Edward A. Flynn**
Secretary of Public Safety

**Barry J. LaCroix**
Executive Director

Tel: (617) 660-4600
TTY Tel: (617) 660-4606
Fax: (617) 660-4613
www.mass.gov/chsb

To whom it may concern:

A computerized search has been made of the database of the Criminal History Systems Board, which is the repository for criminal records in the Commonwealth of Massachusetts, for MEDINA, DANIEL, date-of-birth 01/23/56 and have determined that he or she has no adult criminal court appearances.

Signed under the pains and penalties of perjury this Twenty-Nineth day of August, 2003.

_____
Sean M. Hughes
Criminal History Systems Board

Suffolk, ss.
_____
County

Then appeared before me the above-named individual and swore the statements made herein to be true to the best of his or her knowledge and belief.

Dated: 08/29/2003

_____
Notary Public

My commission expires _____ February 14, 2008

[Handwritten margin note: "I got my Transcript as Evidence"]

Printed on Recycled Paper

CLASSIFICATION REPORT

| | | | |
|---|---|---|---|
| NAME: Daniel Medina | #: W-57509 | INSTITUTION: MCI-CJ | DATE: 1-29-98 |
| D.O.B. 1-23-56 | S.S.# 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 | HOME AREA: Roslindale | P.E. 12-19-09 |

| S.E. | COMM. | OFFENSE | SENTENCE | |
|---|---|---|---|---|
| 4-20-93 | 11-21-94 | Armed robbery | 25-30 yrs. | GCD 12-23-10 |
| | | Armed Robbery | 20-25 cc | MAX: 4-19-23 |
| | | Drug traff. | 18-20 yrs. | SDP N/A |
| | | 200 grams or more | | |

*15 years mandatory.

CORI A    None

NCIC  1-5-95

FBI  #811331X4

**LEGAL ISSUES/DATA NOT RECEIVED**

[illegible]

**ESCAPE HISTORY**

None.

**ENEMIES (LOCATION)**

Francisco Ortiz, W-50547 Released
Fight with Angel Colon, W-57718 - Rel.
STG - LaFamilia, member

**ADMINISTRATIVE TRANSFER CHRONOLOGY**

11-23-94 Sent/Comm. MCI-CJ
11-23-94 Trans. MCI-C
4-15-95 Ret'd. MCI-CJ
2-20-96 Trans. OCCC
3-21-96 Ret'd. MCI-CJ

**MEDICAL ISSUES/RESTRICTIONS**

Back problems claimed due to injury in 1991.
Heart burn takes tagament.

**MENTAL HEALTH**

Subject claims he suffers from depression
seen by MH on needed basis.

**FAMILY HISTORY**

Single, no children.

**DISCIPLINARY CHRONOLOGY**
Total 13; last 5:
11-4-97  Disob. an order; cond. w/disr.
         willful failure to accept a housing
         assign. G/13 wks. L TV/R/P.V/ 90 LGT.
9-22-97  Poss. of items not auth. for. reten.
         Poss. of a tool (Conduct which disr.
         G 2 wks. L TV/R/C/P.
8-20-97  Assaulted inmate Morales, Juan
         W-60618 G/ 3 wks. L TV/R/P/C.
8-5-97   Lying to staff member, being out of
         place, Conduct which disrupts.
         G 6 wks. L TV/R/C/P.
6-9-97   Willfully destroying or damaging
         State Prop. G/Rest. $.55 cents.