9/28/05

ATTN: MR. TAURO. HONORABLE JUDGE

Dept of Correctional using a fraudulent D.O.B. 1-23-56, in order to keep myself out any records. That a fraud. They know that, they still using.

Thank you