# United States Court of Appeals
## For the First Circuit

**MANDATE**

CA-05-30119
J. Stearns

---

No. 05-2096

DANIEL MEDINA,

Plaintiff, Appellant,

v.

HONORABLE JOSEPH L. TAURO,
UNITED STATES DISTRICT COURT JUDGE, ET AL.,

Defendants, Appellees.

---

Before

Lynch, *Circuit Judge*,
Campbell, *Senior Circuit Judge*,
and Lipez, *Circuit Judge*.

---

JUDGMENT

Entered: December 2, 2005

Plaintiff Dan Medina appeals from dismissal of his consolidated complaints against federal and state government officials. The United States District Court for the District of Massachusetts deemed his complaints to be "incomprehensible and frivolous." We affirm.

Affirmed.

**Certified and Issued as Mandate
under Fed. R. App. P. 41.**

Richard Cushing Donovan, Clerk

Deputy Clerk

Date: FEB 1 0 2006

By the Court:

Richard Cushing Donovan, Clerk.

By: _____
Operations Manager.

[cc: Messrs: Medina, Quaye and Ms. Goodwin]